UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY
　　　　　　　　　　　　　　　　　　　　　　　　VIDEO OR TELE CONFERENCE**

　　　　　　　　-against-

Giovanni Artilez　　　　　　　　　　　　　　　　20-cr-545-PMH

　　　　　　　　　Defendant(s).
-----------------------------------------------------------------X

Defendant Giovanni Artilez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒　Initial Appearance Before a Judicial Officer

☐　Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐　Guilty Plea/Change of Plea Hearing

☐　Bail/Detention Hearing

☐　Conference Before a Judicial Officer - Assignment of Counsel


/s/ Giovanni Artilez (by permission on the record)　　　　　_[signature]_
Defendant's Signature　　　　　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Giovanni Artilez　　　　　　　　　　　　　　　　Daniel S. Parker
Print Defendant's Name　　　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/16/20　　　　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge