March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

GIOVANNI ARTILEZ

,
              Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

~~21-CR-545 (PMH)~~
20-CR-00545 (PMH)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_x_   Guilty Plea

*[signature]*

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

GIOVANNI ARTILEZ
Print Defendant's Name

SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT
_____
Defense Counsel's Signature

DANIEL S. PARKER
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**January 25, 2022**
Date

*[signature]*
U.S. District Judge/~~U.S. Magistrate Judge~~