**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE:  (212) 239-9175
  DanielParker@aol.com

December 9, 2023

**By ECF and email**
Hon. Philip M. Halpern
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Giovanni Artilez**
**20 Cr 545 (PMH)**

Dear Judge Halpern:

I write requesting that the Court reappoint me to represent Giovanni Artilez pursuant to the Criminal Justice Act so that I can file a motion on behalf of the defendant for re-sentencing as a result of Amendment 821 to the Sentencing Guidelines.

If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

---

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        December 11, 2023