UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GIOVANNI ARTILEZ,

Defendant.

20-CR-00545-002 (PMH)

**ORDER**

---

PHILIP M. HALPERN, United States District Judge:

On July 14, 2023, the defendant was sentenced principally to a term of imprisonment of 87 months. (Doc. 198).

On December 11, 2023, defense counsel moved for a reduction of sentence with the consent of the Government. (Doc. 253). The parties agree that the defendant is eligible for a sentence reduction under Amendment 821, and that his Guidelines range would now be 70 to 87 months' imprisonment, based on an offense level of 27 and a criminal history category of I. Defense counsel requests that the Court reduce defendant's sentence to 70 months. (Doc. 253 at 2) The Government does not object to this request. (*Id.*).

The Court finds that the defendant is eligible for a sentence reduction and adopts the above calculations as to the defendant's Guidelines range.

Having considered the record in this case and the defense counsel's arguments, it is

ORDERED that the defendant's term of imprisonment is reduced to 70 months' imprisonment.  All other components of the sentence remain as originally imposed.

**SO ORDERED.**

_____
PHILIP M. HALPERN
United States District Judge

Dated: March 1, 2024
        New York, New York